
98-30022-WDS

6/8/2020

To the Clerk of the Court

    I'm writing on behalf of myself, Deandre Lewis (Register # 24956-044), filing this emergency motion, under 18 U.S.C. § 3582(c)(l)(A), for an order requesting "compassionate release" and with hopes of being directed to serve the remainder of my prison sentence in home confinement with electronic monitoring. Given the recent pandemic, the high risk of infection within federal prisons, the BOP's inability to stop the spread of the virus within the inmate population as evidenced by the rapid increase in infected inmates and inmate deaths, and my susceptibility to infection due to having underlying health conditions of asthma, stomach ulcers and having two hernia surgeries, it is likely that I will soon be exposed to the virus and potentially become critically ill or die.

    I have served over half of my sentence along with meeting all rehabilitative efforts. If granted, my place of residence will be with my sister Queonna Jackson, 24 Hill Ridge Court, St. Charles, MO 63303. I also have employment lined up as a Maintenance Worker @ $15 per hr with C & M Maintenance in Black Jack, Mo. Supervisor is Mr. Curtis Cofer 314-323-4590.

    The COVID-19 pandemic is unprecedented in our lifetime. It is referred to as a "novel coronavirus" because it is new, and as a new illness it is not long-studied or well understood. With Covid numbers on the rise in practically all states, our nation is uncertain on what will happen next. For example, the CDC itself has changed its recommendations to include wearing a face mask, and predictions of how long individuals need to stay at home to "flatten the curve" have evolved, at times, on an hourly basis. It is with this unprecedentedly deadly, disruptive, unknown and unpredictable virus as a backdrop that I implore this Court to grant me compassionate release.

    On May 13, 2020, I mailed the Warden of FCI Terre Haute there has been no response to the petition at this time. Courts around this country have been releasing prisoners (or not sending defendants to prison) based on the coronavirus pandemic. For the aforementioned reasons, this Court should do the same for me and order that I be released immediately to home confinement.

Respectfully Submitted,

DeAndre Lewis – 24956-044
Federal Correctional Institution
P.O Box 33
Terre Haute, IN 47808

Mr. DeAndre Lewis
Federal Correctional Institution
FCI Terre Haute
P.O Box 33
Terre Haute, IN 47808



DeAdre Lewis
Federal Correctional Institution
FCI Terre Haute
P.O. Box 33
Terre Haute, IN 47808

SAINT LOUIS MO 630
01 AUG 2020 PM 9 L

Clerk, U.S. District Ct
Southern Dist of Illinois
750 Missouri Avenue
East St. Louis, IL

MAILED
US MARSHALS

RECEIVED

AUG - 3 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE