In The United States District Court For the Southern District Of Illinois

United States Of America
   Plaintiff                Case No 98-CR-30022-NJR-3
v.
DeAndre Lewis
   Defendant

Second Supplement to Defendants Motion For Compassionate Release

Mr. Lewis files this supplement to alert the Court that several circuit courts have recently affirmed this Courts broad discretion to find "extraordinary and compelling reasons under 18 U.S.C. § 3582 (c) 1 (A) regardless of U.S.S.G. 1B1.13. The Second Circuit in United States V. Booker agreed with the majority of lower courts that despite Application Note 1(D) [of U.S.S.G. 1B1.13] the First Step Act freed district courts to exercise their discretion in determining what are extraordinary circumstances." 976 F.3d 228, 234 (2d Cir 2020). The Second Circuit then went further finding it "manifest that section 1B1.13's language is clearly outdated and cannot be fully applicable." Id. At 235. As a result, "the First Step Act freed district courts to consider the full slate of extraordinary and compelling reason that an imprisoned person might bring before them in Motions For Compassionate Release. Neither Application Note 1(D) nor anything else in the now outdated version of Guideline 1B1.13, limits the district courts discretion." Id. At 237.

The Sixth Circuit recently followed suit in United States V. Jones holding that U.S.S.G. 1B1.13 is not an "applicable" policy

statement when an imprisoned person files a motion for compassionate release." F.3d 2020 WL 6812988, at *6 (6th Cir. Nov. 20, 2020).

Stressing the need for court discretion after the First Step Act, the Sixth Circuit found the "BOP denied or ignored more than 98% of compassionate release requests in the first three months of the pandemic." Id. At *5. Consistent with Congressional intent and unhindered by the BOP's procedural bars, incarcerated persons filing and federal courts granting 3582(c)(2)(A) motions have surged this year. "10,940 federal prisoners applied for compassionate release between March and May 2020... And federal courts have compassionately released an estimated 1,700 person in 2020 so far." Id. See Also United States v. Gunn, F.3d 2020 WL 6813595, at *2 (7th Cir. Nov. 20, 2020) Finding the Sentencing Commission has not yet issued a policy statement applicable to Gunn's compassionate release request.

This Court, therefore, is not hindered by section 1B1.13's requirements to grant Mr. Lewis compassionate release.

Dated: December 10, 2020
Respectfully submitted
Delondre Lewis
24956-044

DeAndre Lewis 24956-044
Federal Correction Institution
P.O. Box 33
Terre Haute In 47808

INDIANAPOLIS IN 460
14 DEC 2020 PM 4 L

MAIL C_____
US MARSHALS





INMATE
IDENTIFICATION
CONFIRMED

Honorable Chief Judge
Nancy J. Rosenstengel
750 Missouri Ave
East St. Louis, IL 62201

62201-295499

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return this material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.

FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802
DATE:



RECEIVED
DEC 18 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE