IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 98-CR-30022-NJR |
| vs. ) | |
| ) | |
| DEANDRE LEWIS, ) | |
| ) | |
| Defendant. ) | |

**Motion Instanter for Extension of Time to File Response**

The United States of America, by Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and Thomas E. Leggans, Assistant United States Attorney, moves this Court for an extension of time to file a response to document 991.

1. The Defendant, Deandre Lewis, has filed a Motion for Sentence Reduction under 18 U.S.C. § 3582(c)(2). ECF 991. This Court ordered the Government to respond to that Motion by January 6, 2025. ECF 992. Due to inadvertence, counsel failed to docket that response date on his calendar. Counsel discovered this error on January 13, 2025.

2. Over the last three months, undersigned counsel has been devoting significant time to several separate family medical issues. Undersigned counsel also recently prepared and filed on January 3, 2025, a 44-page response to a 2255 Motion in *United States v. Leal,* 24-cv-02254-JPG. The preparation of that response took approximately two weeks.

3. Because of the foregoing, counsel requests a 30-day extension to file his

response to the Defendant's Motion for Compassionate Release.

                                                  Respectfully submitted,

                                                  RACHELLE AUD CROWE
                                                  United States Attorney

                                                  *s/ Thomas E. Leggans*
                                                  THOMAS E. LEGGANS
                                                  Assistant United States Attorney
                                                  402 W. Main
                                                  Benton, IL 62812
                                                  Phone: (618) 439-3808
                                                  Tom.Leggans@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2025, I electronically filed

**Motion Instanter for Extension of Time to File Response**

with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Sent via USPS to:

**Deandre Lewis**
24956-044
POLLOCK FCI
FEDERAL CORRECTIONAL INSTITUTION
P O BOX 4050
POLLOCK, LA 71467
PRO SE

    Respectfully submitted,

    RACHELLE AUD CROWE
    United States Attorney

    *s/ Thomas E. Leggans*
    THOMAS E. LEGGANS
    Assistant United States Attorney
    402 W. Main
    Benton, IL 62812
    Phone: (618) 439-3808
    Tom.Leggans@usdoj.gov